UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>GATE GOURMET, INC., CHRIS NOVAK, and DOES 1-20, inclusive,<br><br>        Defendants. | Case No.: C 12-06455-KAW<br><br>ORDER TO SHOW CAUSE |

On March 26, 2013, the Court held a case management conference. Neither Plaintiff nor his counsel were present.

Accordingly, it is hereby ORDERED that Plaintiff shall show cause within seven (7) days of the date of this order why this action should not be dismissed for failure to appear at the case management conference and for failure to prosecute this case, and/or why he or his counsel should not be sanctioned for failing to attend the case management conference.

Dated: March 26, 2013

                                                KANDIS A. WESTMORE
                                               United States Magistrate Judge