UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO ORTIZ,

        Plaintiff,

   v.

GATE GOURMET, INC., CHRIS NOVAK, and DOES 1-20, inclusive,

        Defendants.

Case No.: C 12-06455-KAW

ORDER DISCHARGING ORDER TO SHOW CAUSE

       On March 26, 2013, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to appear at the case management conference and for failure to prosecute this case, and/or why he or his counsel should not be sanctioned for failing to attend the case management conference.

       Plaintiff's counsel timely filed a response to the order to show cause, explaining that he had been out of the country and had arranged for an another attorney to appear on his behalf, but that the substituted appearance did not occur.

       Accordingly, it is ORDERED that the Court's March 26 order to show cause is hereby discharged.

Dated: April 2, 2013

KANDIS A. WESTMORE
United States Magistrate Judge