# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>GATE GOURMET, INC., CHRIS NOVAK; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. C 12-06455 KAW<br><br>**ORDER RE: SUBSTITUTION OF ATTORNEYS AND NOTICE OF CHANGE OF ADDRESS OF ATTORNEY OF RECORD** |

Based on the Substitution of Attorneys and Notice of Change of Address of Attorney of Record filed with this Court by defendant Gate Gourmet, Inc. on December 19, 2013, the Court hereby ORDERS that:

The Substitution of Attorney is hereby APPROVED. From the date of this Order, counsel of record for defendant Gate Gourmet, Inc. shall be S. Shane Sagheb of Epstein Becker & Green, P.C.

Accordingly, Crowell & Moring LLP is no longer representing Gate Gourmet as provided in the Substitution of Attorneys and Notice of Change of Address of Attorney of Record.

Dated: December 23, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge