Cary Kletter
Sally Trung Nguyen
KLETTER LAW FIRM, LLP
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
T: 415.4334.3400

Attorneys for Plaintiff
ROBERTO ORTIZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>      Plaintiff,<br><br> v.<br><br>GATE GOURMET, INC.; CHRIS NOVAK; and DOES 1 THROUGH 20, inclusive,<br><br>      Defendants.<br>      . | **CASE NO.:**  C 12-06455 KAW<br><br>**NOTICE OF SETTLEMENT** |

  **PLEASE TAKE NOTICE** that Plaintiff Roberto Ortiz and Defendants Gate Gourmet, Inc. and Chris Novak have reached a settlement in principal in this action. The parties are currently in the process of formalizing the settlement and anticipate filing a dismissal within thirty (30) days.

Dated: March 31, 2014     KLETTER LAW FIRM LLP

              By:_/s/ Cary Kletter_____
              Cary Kletter
              Sally Trung Nguyen
              Attorney for PLAINTIFF
              ROBERTO ORTIZ