S. Shane Sagheb (SBN 109878)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Tel: 310.556.8861
Fax: 310.553.2165
Email: ssagheb@ebglaw.com

Attorneys for Defendant/Cross-Defendant
GATE GOURMET, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GATE GOURMET, INC.; CHRIS NOVAK; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____<br><br>CHRIS NOVAK, an individual,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>GATE GOURMET, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Cross-Defendants. | Case No.: C12-06455 KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41(c), Robert Ortiz, Chris Novak and Gate Gourmet, Inc., by their undersigned counsel,

hereby agree and stipulate that all claims and cross-claims asserted in the above-captioned action be and hereby are dismissed with prejudice, without costs, and without attorneys' fees.

DATED: April 25, 2014                    EPSTEIN BECKER & GREEN, P.C.

                                         */s/ S. Shane Sagheb*

                                         By: _____
                                         S. Shane Sagheb
                                         Attorneys for Defendant/Cross-Defendant
                                         GATE GOURMET. INC.

DATED: April 25, 2014                    KLETTER LAW FIRM LLP

                                         */s/ Cary Kletter*

                                         By: _____
                                         Cary Kletter
                                         Attorneys for Plaintiff
                                         Roberto Ortiz

DATED: April 25, 2014                    KASSINOVE & RASKIN LLP

                                         */s/ Joshua M. Caplan*

                                         By: _____
                                         Joshua M. Caplan
                                         Attorneys for Defendant
                                         Chris Novak

**O R D E R**

IT IS SO ORDERED.

DATED: ~~APRIL~~ May 6, 2014             _____
                                         Hon. Kandis A. Westmore
                                         Magistrate Judge
                                         United States District Court